**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF IDAHO

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Rtech Fabrications, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-2471551** |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **520 W Dalton Avenue** <br> **Coeur D Alene, ID 83815** <br> Number, Street, City, State & ZIP Code <br><br> **Kootenai** <br> County <br><br> **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **rtechfabrications.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor **Rtech Fabrications, LLC** _____   Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__81__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No
☐ Yes.

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor  **Rtech Fabrications, LLC** _____  Case number (*if known*)_____
     Name

| | | |
|---|---|---|
| **11.** **Why is the case filed in *this district*?** | *Check all that apply:* | |
| | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. | |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |

| | | |
|---|---|---|
| **12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>       Contact name _____<br>       Phone _____ | |

■   **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. | |

| | | | |
|---|---|---|---|
| **14.** **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
| **15.** **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| **16.** **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>■ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor **Rtech Fabrications, LLC**     Case number (*if known*)
    Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 19, 2021**
MM / DD / YYYY

X **/s/ Randall T. Robertson**     **Randall T. Robertson**
Signature of authorized representative of debtor     Printed name

Title **Managing Member**

**18. Signature of attorney**

X **/s/ Bruce A. Anderson**     Date **February 19, 2021**
Signature of attorney for debtor     MM / DD / YYYY

**Bruce A. Anderson 3392**
Printed name

**Elsaesser Anderson, Chtd.**
Firm name

**320 East Neider Avenue**
**Suite 102**
**Coeur D Alene, ID 83815**
Number, Street, City, State & ZIP Code

Contact phone **(208) 667-2900**     Email address **brucea@eaidaho.com**

**3392 ID**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Rtech Fabrications, LLC**
United States Bankruptcy Court for the: **DISTRICT OF IDAHO**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| IRS<br>Centralized Insolvency Op.<br>Post Office Box 7346<br>Philadelphia, PA 19101 | | Business taxes | | | | $177,586.00 |
| Lake City Law Group<br>c/o Jerry Catt, Jr.<br>435 W. Hanley Ave., Ste. 101<br>Coeur D Alene, ID 83815 | | Civil lawsuit against Rtech | Contingent<br>Unliquidated<br>Disputed | | | $159,000.00 |
| Valiant Law<br>c/o Vaughn Neville<br>924 Sherman Avenue<br>Coeur D Alene, ID 83814 | | Civil dispute with business | Contingent<br>Unliquidated<br>Disputed<br>Subject to Setoff | | | $97,000.00 |
| Numerica<br>P.O. Box 4000<br>Veradale, WA 99037 | | SBA PPP Business Loan | | | | $89,185.00 |
| Numerica<br>P.O. Box 4000<br>Veradale, WA 99037 | | SBA PPP Business Loan | | | | $89,185.00 |
| William Somers<br>c/o Mihara Law<br>923 N Third Street<br>Coeur D Alene, ID 83814 | | Civil lawsuit against business | Contingent<br>Unliquidated<br>Disputed | | | $30,000.00 |
| Mark Kabureck, Jr.<br>c/o Valiant Law<br>924 E Sherman Avenue<br>Coeur D Alene, ID 83814 | | Settlement agreement | | | | $26,006.00 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 1

Debtor **Rtech Fabrications, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Weibert Enterprises**<br>22730 N Massif Road<br>Rathdrum, ID 83858 | | Business expense | | | | $16,196.00 |
| **Smith and Malek**<br>601 E Front Avenue<br>Suite 304<br>Coeur D Alene, ID 83814 | | Legal representation | | | | $15,485.06 |
| **Numerica**<br>P.O. Box 4000<br>Veradale, WA 99037 | | Business line of credit | | | | $9,369.77 |
| **Weibert Enterprises**<br>22730 N Massif Road<br>Rathdrum, ID 83858 | | Business expenses | | | | $8,022.26 |
| **Auto Paints Plus**<br>205 E Seltice Way<br>Post Falls, ID 83854 | | Business expense | | | | $8,000.00 |
| **A-L Compressed Gases Spokane**<br>4230 E Trent Avenue<br>Spokane, WA 99202 | | Civil suit with business | Contingent<br>Unliquidated<br>Disputed | | | $7,000.00 |
| **Norco**<br>PO Box 35144<br>Seattle, WA 98124-5144 | | Business expense | | | | $5,400.00 |
| **US Bank**<br>PO Box 790401<br>Saint Louis, MO 63179-0401 | | 2018 Dodge Ram 3500 used for business purposes | | $47,841.00 | $43,000.00 | $4,841.00 |
| **Blue 541**<br>111 N 2nd Street, Ste. 300<br>Coeur D Alene, ID 83814 | | Business expense | | | | $3,300.00 |
| **Charles Bean and Associates**<br>2005 Ironwood Pkwy<br>Suite 201B<br>Coeur D Alene, ID 83814 | | Legal services | | | | $3,087.50 |
| **Travelers Insurance**<br>PO Box 87<br>Traverse City, MI 49685-1303 | | Business expense | | | | $2,687.00 |
| **Discount Tire**<br>Synchrony Bank<br>PO Box 960061<br>Orlando, FL 32896 | | Business expenses | | | | $1,316.15 |

Debtor **Rtech Fabrications, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Core Accounting** <br> **3731 N Ramsey Rd., Ste 200** <br> **Coeur D Alene, ID 83815** | | **Business expense** | | | | $900.00 |

A-L Compressed Gases Spokane
4230 E Trent Avenue
Spokane, WA 99202

Aramark
PO Box 101179
Pasadena, CA 91189-1179

Auto Paints Plus
205 E Seltice Way
Post Falls, ID 83854

Blue 541
111 N 2nd Street, Ste. 300
Coeur D Alene, ID 83814

Charles Bean and Associates
2005 Ironwood Pkwy
Suite 201B
Coeur D Alene, ID 83814

Core Accounting
3731 N Ramsey Rd., Ste 200
Coeur D Alene, ID 83815

Discount Tire
Synchrony Bank
PO Box 960061
Orlando, FL 32896

Hagerty Insurance
121 Driver's Edge
Traverse City, MI 49684-1303

IRS
Centralized Insolvency Op.
Post Office Box 7346
Philadelphia, PA 19101

```
Lake City Law Group
c/o Jerry Catt, Jr.
435 W. Hanley Ave., Ste. 101
Coeur D Alene, ID 83815



Mark Kabureck, Jr.
c/o Valiant Law
924 E Sherman Avenue
Coeur D Alene, ID 83814



NACM Commercial Services
606 N Pines Road
Suite 102
Spokane, WA 99206



Norco
PO Box 35144
Seattle, WA 98124-5144



Numerica
P.O. Box 4000
Veradale, WA 99037



O'Reilly
P.O. Box 9464
Springfield, MO 65801



Phillabaum, Ledlin, Matthews
Benjamin Phillabaum
1235 N. Post, Suite 100
Spokane, WA 99201



SBA
2 North 20th Street
Suite 320
Birmingham, AL 35203
```

Shawn McMahon
PO Box 338
Hayden, ID 83835


Smith and Malek
601 E Front Avenue
Suite 304
Coeur D Alene, ID 83814


Travelers Insurance
PO Box 87
Traverse City, MI 49685-1303


US Bank
PO Box 790401
Saint Louis, MO 63179-0401


Valiant Law
c/o Vaughn Neville
924 Sherman Avenue
Coeur D Alene, ID 83814


Weibert Enterprises
22730 N Massif Road
Rathdrum, ID 83858


William Somers
c/o Mihara Law
923 N Third Street
Coeur D Alene, ID 83814

# United States Bankruptcy Court
### District of Idaho

In re  **Rtech Fabrications, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Rtech Fabrications, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 19, 2021**  
Date

**/s/ Bruce A. Anderson**  
**Bruce A. Anderson 3392**  
Signature of Attorney or Litigant  
Counsel for **Rtech Fabrications, LLC**  
**Elsaesser Anderson, Chtd.**  
**320 East Neider Avenue**  
**Suite 102**  
**Coeur D Alene, ID 83815**  
**(208) 667-2900 Fax:(208) 667-2150**  
**brucea@eaidaho.com**