# ELSAESSER ANDERSON
## CHARTERED

FORD ELSAESSER
BRUCE A. ANDERSON
KATIE ELSAESSER

ATTORNEYS-AT-LAW
320 EAST NEIDER AVENUE
SUITE 102
COEUR D'ALENE, IDAHO 83815
TELEPHONE (208) 667-2900
FACSIMILE (208) 667-2150

ford@eaidaho.com
brucea@eaidaho.com
katie@eaidaho.com
llapointe@eaidaho.com

LOIS LaPOINTE, RP
LEGAL ASSISTANT TO FORD ELSAESSER

February 3, 2021

Randall and Dru-Ann Robertson
Rtech Fabrications LLC
520 W Dalton Avenue
Coeur d'Alene, ID 83815

Re:   Emergency Bankruptcy Filing

Dear Randall and Dru-Ann:

Please consider this letter an agreement for the retention of this law firm for representation of Rtech Fabrications, LLC regarding the filing of a Chapter 11 bankruptcy proceeding in the United States Bankruptcy Court for the District of Idaho. This agreement contemplates that you would approve execution of this agreement and would authorize an appropriate officer to execute various pleadings, affidavits, petitions, schedules and statements of financial affairs necessary for the filing of a Chapter 11 bankruptcy proceeding.

Our firm would like to represent Rtech Fabrications, LLC in all matters related to the Chapter 11 bankruptcy proceeding. We request a $30,000.00 retainer fee. The members of our firm working on the case would be compensated on an hourly basis as follows:

|                    |                |
|--------------------|----------------|
| Bruce Anderson     | @ $350.00/hr   |
| Katie Elsaesser    | @ $250.00/hr   |
| Support Staff      | @ $75.00/hr    |

Once the bankruptcy petition is filed, attorneys' fees and costs generally are paid on an every four-month basis. All attorney's fees and costs incurred by our firm and billed to Rtech Fabrications, LLC are subject to review by creditors, the Office of the United States Trustee, and the Bankruptcy Court. Provisions of this letter and all transactions with this firm concerning attorneys' fees must be disclosed to the Bankruptcy Court and the duty to disclose such transactions are continuing in nature.

Rtech Fabrications, LLC
February 3, 2021
Page 2

Once Rtech Fabrications, LLC files bankruptcy, it becomes a "debtor-in possession" under the Bankruptcy Code. Simply put, this means that Rtech Fabrications, LLC and the operating officers and members become trustees for the benefit of the Rtech Fabrications, LLC's creditors. All actions in the bankruptcy proceeding must be taken with the concept that such actions are in the best interests of creditors.

All transactions with insiders within one year of the bankruptcy filing, and all transactions within 90 days of the bankruptcy with outsider creditors, are subject to review and to the extent that Rtech Fabrications, LLC. has made preferential payments to any such parties, such preferential payments are subject to recovery in the Bankruptcy Court.

Once Rtech Fabrications, LLC has filed Chapter 11, it is required to provide monthly operating statements on forms prescribed by the Office of the United States Trustee, which are relatively simple monthly forms that reflect receipts and disbursements, profits and losses, and the incurring of administrative debt. In addition, there is a quarterly fee obligation to the Office of the United States Trustee's system, which quarterly fee has administrative status.

Should Rtech Fabrications, LLC wish to engage our firm for the services to be provided hereunder, we would ask that an authorized member of the Company countersign two originals of this letter and return one original to our office with a cashier's check or otherwise certified funds in the amount of $30,000.00 made payable to the Trust Account of Elsaesser Anderson, Chtd.

We then will commence the work necessary to file the Chapter 11 bankruptcy proceeding and will seek the appropriate stays with respect to any pending lawsuits or creditor collection efforts. We have also prepared a corporate resolution that you previously signed and returned to this office. Thank you.

We look forward to working with you.

Very truly yours,

*Bruce Anderson*

Bruce A. Anderson


BAA/lm

Rtech Fabrications, LLC
February 3, 2021
Page 3

The above terms of legal representation are agreed to by Rtech Fabrications, LLC on this 15 day of February, 2021.

RTECH FABRICATIONS, LLC

BY:_____
Randall Robertson, Managing Member

BY:_____
Dru Ann Robertson, Managing Member