**Fill in this information to identify the case:**

Debtor name   **Rtech Fabrications, LLC**

United States Bankruptcy Court for the:   DISTRICT OF IDAHO

Case number (if known)   **21-20048**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

2.   **Cash on hand**   **$13,304.00**

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
     Name of institution (bank or brokerage firm) — Type of account — Last 4 digits of account number

| | Name of institution | Type of account | Last 4 digits | Value |
|---|---|---|---|---|
| 3.1. | **Numerica** | **Checking** | 0108 | $36,460.20 |
| 3.2. | **Numerica** | **Savings** | 0009 | $2,195.69 |
| 3.3. | **Numerica** | **PPP Loan Checking** | 0116 | $70,203.32 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   **$122,163.21**

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                       Best Case Bankruptcy

| Debtor | **Rtech Fabrications, LLC** | Case number *(If known)* **21-20048** |
|---|---|---|
| | Name | |

## Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    **75,642.80** – **0.00** = .... **$75,642.80**
face amount        doubtful or uncollectible accounts

11b. Over 90 days old:    **10,436.00** – **0.00** =.... **$10,436.00**
face amount        doubtful or uncollectible accounts

11b. Over 90 days old:    **8,300.00** – **0.00** =.... **$8,300.00**
face amount        doubtful or uncollectible accounts

12.    **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    **$94,378.80**

## Part 4:    Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Sheet metal** | 2/2020 | $0.00 | | $2,499.00 |
| 20. | **Work in progress** **Current work on 1972 K50 Suburban** | | $0.00 | | $0.00 |
| 21. | **Finished goods, including goods held for resale** **Finished products** | 2/2021 | $0.00 | | $6,050.00 |
| 22. | **Other inventory or supplies** **Shop supplies ($20,000) and used salvaged parts ($75,000)** | 2/2020 | $0.00 | | $95,000.00 |

Official Form 206A/B                 Schedule A/B Assets - Real and Personal Property                 page 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **Rtech Fabrications, LLC**                                    Case number *(If known)*  **21-20048**
Name

23.  **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

| | $103,549.00 |
|---|---|

24.  **Is any of the property listed in Part 5 perishable?**

■ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture<br>**Misc. Office Furniture** | $0.00 | | $1,500.00 |
| 40. Office fixtures<br>**Misc. Office Fixtures** | $0.00 | | $800.00 |
| 41. Office equipment, including all computer equipment and communication systems equipment and software<br>**Misc. computers, tables and printers** | $0.00 | | $3,665.00 |

42.  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

| | $5,965.00 |
|---|---|

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

| Debtor | **Rtech Fabrications, LLC** | Case number *(If known)* **21-20048** |
|---|---|---|
| | Name | |

☐ Yes

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2018 Dodge Ram 3500** | $0.00 | Comparable sale | $43,000.00 |
| 47.2.   **2016 PJTM AC Trailer** | $0.00 | | $1,000.00 |
| 47.3.   **2005 Freightliner M2 Truck, used for work truck to haul vehicles to events** | $0.00 | | $35,000.00 |
| 47.4.   **1007 Comp VA Trailer** | $10,000.00 | | $10,000.00 |
| 47.5.   **1966 C50 Chevrolet** | $3,500.00 | | $3,500.00 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

51.   **Total of Part 8.**

| | $92,500.00 |
|---|---|

Add lines 47 through 50. Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

## Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

Debtor    **Rtech Fabrications, LLC**    Case number *(if known)*  **21-20048**
         Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** **www.rtechfabrications.com** | $0.00 | | $0.00 |

| | | | |
|---|---|---|---|
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:    All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of
debtor's interest

71.    **Notes receivable**
      Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Rtech Fabrications, LLC**                                       Case number *(If known)*  **21-20048**
          Name

| **Lawsuit in Kootenai District Court against former employees** | **Unknown** |

---

78.    **Total of Part 11.**

       Add lines 71 through 77. Copy the total to line 90.

       | **$0.00** |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

       ■ No

       ☐ Yes

Debtor    **Rtech Fabrications, LLC**
Name                                                    Case number *(If known)*  **21-20048**

| Part 12: | Summary |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $122,163.21 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $94,378.80 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $103,549.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,965.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $92,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $418,556.01 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $418,556.01 |

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 7

**Fill in this information to identify the case:**

Debtor name **Rtech Fabrications, LLC**

United States Bankruptcy Court for the: DISTRICT OF IDAHO

Case number (if known) **21-20048**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |
| **2.1  SBA**<br>Creditor's Name<br><br>**2 North 20th Street**<br>**Suite 320**<br>**Birmingham, AL 35203**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**5/2020**<br>**Last 4 digits of account number**<br>**7400**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Business Loan**<br><br><br>Describe the lien<br><br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $150,000.00 | $150,000.00 |

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $150,000.00

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

**Fill in this information to identify the case:**

Debtor name  **Rtech Fabrications, LLC**

United States Bankruptcy Court for the:  DISTRICT OF IDAHO

Case number (if known)  **21-20048**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177,586.00 | $177,586.00 |
| **IRS**<br>**Centralized Insolvency Op.**<br>**Post Office Box 7346**<br>**Philadelphia, PA 19101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Business taxes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,000.00 |
| **A-L Compressed Gases Spokane**<br>**4230 E Trent Avenue**<br>**Spokane, WA 99202** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred  1/2018<br>Last 4 digits of account number _ | Basis for the claim:  **Civil suit with business**<br>Is the claim subject to offset?  ■ No  ☐ Yes | |
| **3.2** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $445.03 |
| **Aramark**<br>**PO Box 101179**<br>**Pasadena, CA 91189-1179** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  1/2021<br>Last 4 digits of account number  5095 | Basis for the claim:  **Business expense**<br>Is the claim subject to offset?  ■ No  ☐ Yes | |

Debtor    **Rtech Fabrications, LLC**
        Name

Case number (if known)    **21-20048**

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,000.00 |

**Auto Paints Plus**
205 E Seltice Way
Post Falls, ID 83854

Date(s) debt was incurred  1/2021
Last 4 digits of account number  Rtech

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,300.00 |

**Blue 541**
111 N 2nd Street, Ste. 300
Coeur D Alene, ID 83814

Date(s) debt was incurred  12/2020
Last 4 digits of account number  Rtech

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,087.50 |

**Charles Bean and Associates**
2005 Ironwood Pkwy
Suite 201B
Coeur D Alene, ID 83814

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |

**Core Accounting**
3731 N Ramsey Rd., Ste 200
Coeur D Alene, ID 83815

Date(s) debt was incurred  1/2021
Last 4 digits of account number  Rtech

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $106.00 |

**Hagerty Insurance**
121 Driver's Edge
Traverse City, MI 49684-1303

Date(s) debt was incurred  1/2021
Last 4 digits of account number  ech1

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $159,000.00 |

**Jerry Catt, Jr.**
c/o Lake City Law Group
435 W. Hanley Ave., Ste. 101
Coeur D Alene, ID 83815

Date(s) debt was incurred  _
Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Civil lawsuit against Rtech**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,006.00 |

**Mark Kabureck, Jr.**
c/o Valiant Law
924 E Sherman Avenue
Coeur D Alene, ID 83814

Date(s) debt was incurred  1/2020
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Settlement agreement**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rtech Fabrications, LLC** | Case number (if known) | **21-20048** |
|---|---|---|---|
| | Name | | |

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,400.00**

**Norco**
PO Box 35144
Seattle, WA 98124-5144

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/2021

Last 4 digits of account number  DTL3

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,369.77**

**Numerica**
P.O. Box 4000
Veradale, WA 99037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  0090

Basis for the claim:  **Business line of credit**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$89,185.00**

**Numerica**
P.O. Box 4000
Veradale, WA 99037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/2020

Last 4 digits of account number  3400

Basis for the claim:  **SBA PPP Business Loan**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$89,185.00**

**Numerica**
P.O. Box 4000
Veradale, WA 99037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/2021

Last 4 digits of account number  _

Basis for the claim:  **SBA PPP Business Loan**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75.00**

**O'Reilly**
P.O. Box 9464
Springfield, MO 65801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2020

Last 4 digits of account number  3133

Basis for the claim:  **Business expense**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Shawn McMahon**
PO Box 338
Hayden, ID 83835

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/2019

Last 4 digits of account number  _

Basis for the claim:  **Lease on business location for Rtech Fabrications**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,485.06**

**Smith and Malek**
601 E Front Avenue
Suite 304
Coeur D Alene, ID 83814

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2017

Last 4 digits of account number  _

Basis for the claim:  **Legal representation**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Rtech Fabrications, LLC**                                    Case number (if known)    **21-20048**
_____
Name

| | | | |
|---|---|---|---|
| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,742.58 |

**Trout Law**
**3778 Plantation River Dr.**
**Suite 101**
**Boise, ID 83703**

Date(s) debt was incurred   **2021**

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:   **Rtech Promissory Note to Andrew Grove**

Is the claim subject to offset?  ■ No  ☐ Yes

| | | | |
|---|---|---|---|
| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97,000.00 |

**Vaughn Neville**
**c/o Valiant Law**
**924 Sherman Avenue**
**Coeur D Alene, ID 83814**

Date(s) debt was incurred   **2020**

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:   **Civil dispute with business**

Is the claim subject to offset?  ☐ No  ■ Yes

| | | | |
|---|---|---|---|
| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,196.00 |

**Weibert Enterprises**
**22730 N Massif Road**
**Rathdrum, ID 83858**

Date(s) debt was incurred _

Last 4 digits of account number   **1979**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Business expense**

Is the claim subject to offset?  ■ No  ☐ Yes

| | | | |
|---|---|---|---|
| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,022.26 |

**Weibert Enterprises**
**22730 N Massif Road**
**Rathdrum, ID 83858**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Business expenses**

Is the claim subject to offset?  ■ No  ☐ Yes

| | | | |
|---|---|---|---|
| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**William Somers**
**c/o Mihara Law**
**923 N Third Street**
**Coeur D Alene, ID 83814**

Date(s) debt was incurred   **2019**

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:   **Civil lawsuit against business**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **NACM Commercial Services**<br>**606 N Pines Road**<br>**Suite 102**<br>**Spokane, WA 99206** | Line  **3.1**<br><br>☐ Not listed. Explain ____ | **3283** |
| 4.2 | **Phillabaum, Ledlin, Matthews**<br>**Benjamin Phillabaum**<br>**1235 N. Post, Suite 100**<br>**Spokane, WA 99201** | Line  **3.1**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

Debtor      **Rtech Fabrications, LLC**
            Name

Case number (if known)      **21-20048**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 177,586.00 |
| **5b. Total claims from Part 2** | 5b.  + $ | 574,505.20 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.  $ | 752,091.20 |

**Fill in this information to identify the case:**

Debtor name __**Rtech Fabrications, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF IDAHO__

Case number (if known) __**21-20048**__

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
   (Official Form 206A/B).

2. **List all contracts and unexpired leases**      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Accounting and tax preparation services** |
| | State the term remaining | **9 months** |
| | List the contract number of any government contract | |

**Core Accounting**
**3731 N Ramsey Rd., Ste 200**
**Coeur D Alene, ID 83815**

| | | |
|---|---|---|
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of equipment for business** |
| | State the term remaining | **month to month** |
| | List the contract number of any government contract | |

**Kabota Tractor**
**PO Box 2046**
**Grapevine, TX 76099**

| | | |
|---|---|---|
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Business building lease** |
| | State the term remaining | **Expires 4/30/2026** |
| | List the contract number of any government contract | |

**Shawn McMahon**
**PO Box 338**
**Hayden, ID 83835**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Rtech Fabrications, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known) | **21-20048** |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                                Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City          State          Zip Code | | |
| 2.2 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City          State          Zip Code | | |
| 2.3 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City          State          Zip Code | | |
| 2.4 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City          State          Zip Code | | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Rtech Fabrications, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known) | **21-20048** |

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$142,648.00** |
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$903,675.00** |
| **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$979,025.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Rtech Fabrications, LLC**                                          Case number *(if known)*  **21-20048**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| **3.1.** **Auto Paints Plus**<br>**205 E Seltice Way**<br>**Post Falls, ID 83854** | 12/21/20 -<br>$7,500.00<br>2/18/21 -<br>$7,500.00 | **$15,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.2.** **Mike Hague**<br>**Attorney at Law**<br>**401 E Front Avenue, Suite 212**<br>**Coeur D Alene, ID 83814** | 12/8/20 | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| **3.3.** **Shawn McMahon**<br>**PO Box 338**<br>**Hayden, ID 83835** | 12/10/20 -<br>$9,490.84<br>2/19/21 -<br>$18,981.68 | **$28,472.52** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Business Lease Payments** |
| **3.4.** **Numerica**<br>**P.O. Box 4000**<br>**Veradale, WA 99037** | 12/16/20 | **$9,894.73** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Credit Card Payment** |
| **3.5.** **Norco**<br>**PO Box 35144**<br>**Seattle, WA 98124** | 11/25/20 -<br>$4,808.77<br>12/16/20 -<br>$4,635.30 | **$9,444.07** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.6.** **Charles Bean and Associates**<br>**2005 Ironwood Pkwy**<br>**Suite 201B**<br>**Coeur D Alene, ID 83814** | 12/14/20 -<br>$4,706.05<br>1/4/21 -<br>$4,635.30 | **$9,341.38** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| **3.7.** **Valiant Law**<br>**c/o Vaughn Neville**<br>**924 Sherman Avenue**<br>**Coeur D Alene, ID 83814** | 12/14/20 -<br>$2,364.19<br>1/13/21 -<br>$2,364.19<br>2/15/21 -<br>$2,364.19 | **$7,092.57** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.8.** **Andrew Grove**<br>**3024 Veterans Memorial Hwy**<br>**Council Bluffs, IA 51501** | 12/14/20 -<br>$3,203.61<br>1/13/21 -<br>$3,203.61<br>2/15/21 -<br>$3,203.61 | **$9,610.83** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Rtech Fabrications, LLC** | Case number *(if known)* **21-20048** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |

| **Part 3:** | **Legal Actions or Assignments** |

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **NACM CS v. Rtech Fabrication, LLC**<br>CV28-20-5964 | **Civil** | **Kootenai District Court**<br>**324 W Garden Ave.**<br>**Coeur D Alene, ID 83814** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Jerry Catt, Jr. v. Rtech Fabrications, LLC, et al.**<br>CV28-20-5448 | **Civil** | **Kootenai District Court**<br>**324 W. Garden Ave.**<br>**Coeur D Alene, ID 83814** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **William Somers v. Randall Robertson, et al.**<br>CV28-21-0030 | **Civil** | **Kootenai District Court**<br>**324 W Garden Ave.**<br>**Coeur D Alene, ID 83814** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Rtech Fabrications LLC v. Jose Gonzales, et al.**<br>CV28-20-4367 | **Civil** | **Kootenai County Dist. Court**<br>**324 W. Garden Ave**<br>**P.O. Box 9000**<br>**Coeur D Alene, ID 83814** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Rtech Fabrications, LLC**                                    Case number *(if known)*    **21-20048**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | **Rtech Fabrications v. Jose Gonzales, et al.**<br>**CV28-20-4367** | **Civil** | **Kootenai County Dist. Court**<br>**324 W. Garden Ave**<br>**P.O. Box 9000**<br>**Coeur D Alene, ID 83814** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor    **Rtech Fabrications, LLC**                                                    Case number *(if known)*    **21-20048**

|  | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. |  |  | **$30,000 paid on February 19, 2021, of which $9,738.00 was paid for pre-petition work, including the $1,738.00 filing fee. $20,262.00 remains in counsel's trust account.** |  |
|  | **Bruce A. Anderson Elsaesser Anderson, Chtd. 320 East Neider Avenue, Suite 102 Coeur D Alene, ID 83815** |  |  | **$30,000.00** |
|  | Email or website address |  |  |  |
|  | Who made the payment, if not debtor? |  |  |  |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. | **11863 N Tracey Road Hayden, ID 83835** | **7/2016 - 2/2019** |

| **Part 8:** | Health Care Bankruptcies |
|---|---|

Debtor    **Rtech Fabrications, LLC**                                                      Case number (if known)    **21-20048**

---

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Maximum RV Storage**<br>**4440 E Lake Mead Blvd.**<br>**Las Vegas, NV 89115** | **Randall and Dru-Ann Robertson**<br>**6581 N Gavin Loop**<br>**Coeur d'Alene, ID 83815** | **Freightliner M2, Trailer, 72'**<br>**Chevy K50 Crew Cab** | ■ No<br>☐ Yes |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor    **Rtech Fabrications, LLC**                                              Case number *(if known)*    **21-20048**

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Hi-Tech Stripping<br>5144 Horsehaven<br>Post Falls, ID 83854** | **Rod VanSlate (owner of Hi-Tech)<br>Randall and Dru-Ann Robertson<br>6581 N Gavin Loop<br>Coeur d'Alene, ID  83815** | **Freightliner M2, Trailer** | ☐ No<br>■ Yes |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■   No.
☐   Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■   No.
☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■   No.
☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

Debtor    **Rtech Fabrications, LLC**                                                        Case number (if known)   **21-20048**

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
| --- | --- | --- |
| 26a.1. | **Core Accounting**<br>**3731 N Ramsey Rd., Ste 200**<br>**Coeur D Alene, ID 83815** | **12/2019 - Present** |
| 26a.2. | **TMB Accounting**<br>**13528 W Meadowview Lane**<br>**Nine Mile Falls, WA 99026** | **1/2015 - 4/2019** |
| 26a.3. | **Tax Solutions**<br>**3829 Schreiber Way**<br>**Coeur D Alene, ID 83815** | **2020** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
| --- | --- |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
| --- | --- |
| 26d.1. | **Numerica**<br>**P.O. Box 4000**<br>**Veradale, WA 99037** |
| 26d.2. | **SBA**<br>**14925 Kingsport Road**<br>**Fort Worth, TX 76155** |
| 26d.3. | **Travelers Insurance**<br>**PO Box 2927**<br>**Hartford, CT 06104-2927** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
| --- | --- | --- |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **Rtech Fabrications, LLC**                                                              Case number *(if known)*  **21-20048**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Randall Robertson** | **6581 N Gavin Loop Coeur D Alene, ID 83815** | **Managing Member** | **51%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Dru-Ann Robertson** | **6581 N Gavin Loop Coeur D Alene, ID 83815** | **Managing Member** | **49%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

Debtor    Rtech Fabrications, LLC                                    Case number *(if known)* 21-20048

**Part 14:    Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 3-5-21 _____

_____          **Randall T. Robertson**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Managing Member**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒ No
☐ Yes