Bruce A. Anderson, ISB #3392
ELSAESSER ANDERSON CHTD.
Attorneys at Law
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel:    (208) 667-2900
Fax:    (208) 667-2150
brucea@eaidaho.com

Attorney for Debtor-in Possession

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

In re:

RTECH FABRICATIONS, LLC,

Debtor-in-Possession.

Case No.:  21-20048-NGH

Chapter 11

**MOTION TO MODIFY CONFIRMED SUBCHAPTER V PLAN AND NOTICE**

---

**NOTICE OF MOTION TO MODIFY CONFIRMED SUBCHAPTER V PLAN
AND OPPORTUNITY TO OBJECT AND FOR A HEARING**

**No Objection:** The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within **twenty-four (24)** days of the date of service of this Notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

**Objection:** Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

**Hearing on Objection:** The objecting party shall also contact the Court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

---

COMES NOW the Debtor-in-Possession, Rtech Fabrications, LLC, by and through its

undersigned counsel Bruce A. Anderson of Elsaesser Anderson Chtd., and pursuant to 11 U.S.C

§1193(c), Paragraph 8.6 (g) of the First Amended Plan of Reorganization Subchapter V [#130], and

Paragraph 12(a) of the Order Confirming the Debtor's First Amended Subchapter V Plan of

Reorganization [#163], moves to modify Debtor's confirmed Plan.  In support thereof, Debtor states as follows:

1.    Pursuant to Paragraph 13 of Debtor's Order of confirmation, Debtor was required to sell certain equipment and vehicles including:

- The sale of The Grey Matter, which should bring $250,000.00 to $350,000.00;
- The sale of the Toterhome, which should bring $30,000.00 to $40,000.00;
- The sale of the car hauler, which should bring $15,000.00 to $20,000.00;
- The sale of the dragster trailer, which should bring $10,000.00;
- The sale of the firetruck, which should bring $12,000.00;
- The sale of the BMW, which should bring $7,000.00;
- The sale of excess inventory and equipment, which should bring between $20,000.00 to $30,000.00

2.    Sales of all property were to occur within 180 days of final entry of the Plan confirmation Order.  The Plan was confirmed on October 28, 2021, and the Plan confirmation order became final on November 11, 2021.  Thus, this motion is brought well within that time period.

3.    In addition to the sale of property, the Plan requires the Debtor to make Plan payments of $11,000.00 per month.

4.    Since the Plan was confirmed, Debtor has sold the dragster trailer for $15,000.  Title is in the process of being cleared due to the death of the prior owner.  Once cleared, the sale will close.

5.    Since the Plan was confirmed, the Debtor has sold the BMW motor vehicle for $8,000 which proceeds were turned over to the Subchapter V Trustee.

6.    On April 7, 2022 the Court entered an Order [#215] to sell the car hauler for $18,000. This sale has not yet closed.

7.    The Debtor has paid 5 payments of $11,000 to the Subchapter V Trust.  In addition to the proceeds from the sale of the BMW, and the future proceeds from the sale dragster trailer and car hauler.

8.    The Debtor admits it was overly optimistic in believing it could sell the majority, if not all, of the Rtech Fabrications' equipment and inventory, most of which would have had to been sold during the winter months which are slow for this type of specialized equipment and vehicles.

9.    The Debtor requests an additional 9 month period of time, or until February 28, 2023 to sell the remaining equipment and vehicles.

10.    In addition to the payments made, the Debtor had personal refunds in the amount of roughly $14,000.00 applied to the IRS obligations that are due from Rtech Fabrications, LLC.

11.    The Debtor has completed payments to Mark Kaburek in the monthly amount of $2,364.19.  This amount will increase the balance available for unsecured creditors once The Man Spot/Vaughn Neville claim is fully adjudicated.

12.    Pursuant to Paragraph 8.11 of the Plan, the Debtor may propose amendments or modifications to the Plan any time prior to confirmation or if after confirmation the Debtor, with approval of the Court, so long as they do not materially or adversely affect the interests of creditors, may remedy any defect or admission or reconcile the inconsistencies in the Plan or in the Order of Confirmation in such a manner as may be necessary to carry out the purposes and effect of the Plan.

13.    The Debtor herein does not seek to change the amounts of any debts that will be paid through the Plan nor the monthly payment amount.  It merely seeks additional time to sell the major assets of the Plan to full pay the creditors.  Creditors will still be paid in

full as was originally proposed, and payments will still be made in full over a three-to-five-year period on this 100% payment Plan.  There will be no failure to meet §1191(b).

14. Pursuant to U.S.C. §1193(c), if the Plan has been confirmed under U.S.C.§1191(b), as in this case, the Debtor *may* modify the Plan at any time within three years, or such longer time not to exceed five years…but may not modify the Plan so that the Plan as modified fails to meet the requirements of U.S.C. §1191(b) of this title. Debtor asserts that the Plan modification proposed here does not run afoul of U.S.C. §1191(b), and the Plan should be modified as proposed.

15. Subchapter V Trustee Kevin O'Rourke has been advised of this motion and does not oppose the same.

WHEREFORE, IT IS PRAYED that the Debtor's motion be in all respects granted.

DATED this 25th day of April, 2022.

ELSAESSER ANDERSON, CHTD.

*/s/ Bruce A. Anderson*
Bruce A. Anderson
Attorneys for Debtor-In-Possession

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 25, 2022, that the foregoing was filed with the Clerk of the Court in the above-captioned matter using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

Bruce A. Anderson on behalf of Defendant Rtech Fabrications, LLC
baafiling@eaidaho.com

Brett R Cahoon on behalf of U.S. Trustee US Trustee
ustp.region18.bs.ecf@usdoj.gov

Jonathon David Hallin on behalf of Creditor Vaughn NeVille
jhallin@lukins.com

Kevin O'Rourke
kevin@southwellorourke.com

Safa Michael Riadh on behalf of Creditor Mark Kabureck, Jr.
safa@lawyercda.com,
erinewebb@yahoo.com,riadhsr45791@notify.bestcase.com,r45791@notify.bestcase.com

Sheila Rae Schwager on behalf of Creditor ARAMARK Uniform & Career Apparel, LLC
sschwager@hawleytroxell.com, thummel@hawleytroxell.com

US Trustee
ustp.region18.bs.ecf@usdoj.gov

Jason Scott Wing on behalf of Creditor Jerry Catt, Jr
jwing@lclattorneys.com, jenwing@lclattorneys.com

AND I FURTHER CERTIFY that on April 25, 2022, I served the same on the attached MML, by U.S. First Class Mail.

DATED this 25th day of April 2022.

/s/ Bruce A. Anderson
Bruce A. Anderson

Label Matrix for local noticing
0976-2
Case 21-20048-NGH
District of Idaho
Coeur dAlene
Mon Apr 25 14:43:29 MDT 2022

ARAMARK Uniform & Career Apparel, LLC
c/o Sheila R. Schwager
Hawley Troxell Ennis & Hawley LLP
P.O. Box 1617                    ect
Boise, ID 83701-1617

CORE Accounting & Consulting
3731 N Ramsey Road
Suite 200
Coeur d Alene, ID 83815-9000

Rtech Fabrications, LLC
520 W Dalton Avenue
Coeur D Alene, ID 83815-8610

The Man Spot LLC    ect
601 E. Front Ave. Suite 303
Coeur d'Alene, Id 83814-5186

Coeur d' Alene
U.S. Bankruptcy Court
6450 N. Mineral Drive
Room 150            ect
Coeur d Alene, ID 83815-4986

A-L Compressed Gases Spokane
4230 E Trent Avenue
Spokane, WA 99202-4453

ARAMARK Uniform & CareerApparel, LLC
c/o Sheila R. Schwager
Hawley Troxell Ennis & Hawley LLP
P.O. Box
Boise, ID 83701          DUP

Andrew Grove
c/o Trout Law
3778 Plantation River Dr., Ste 101
Boise, ID 83703-3011

Aramark
PO Box 101179
Pasadena, CA 91189-1179

Auto Paints Plus
205 E Seltice Way
Post Falls, ID 83854-7666

Blue 541
111 N 2nd Street, Ste. 300
Coeur d Alene, ID 83814-2746

Charles Bean and Associates
2005 Ironwood Pkwy
Suite 201B
Coeur d Alene, ID 83814-2647

Core Accounting    DUP
3731 N Ramsey Rd., Ste 200
Coeur d Alene, ID 83815-9000

Fastenal Company
2001 Theurer Blvd
PO Box 978
WINONA, MN 55987-0978

Hagerty Insurance
121 Driver's Edge
Traverse City, MI 49684-4203

IRS
Centralized Insolvency Op.
Post Office Box 7346
Philadelphia, PA 19101-7346

Idaho State Tax Commission
PO Box 36
Boise, ID 83722-0036

Jerry Catt, Jr.    ect
c/o Lake City Law Group, PLLC
435 W. Hanley Ave., Ste. 101
Coeur dAlene, ID 83815-6050

Jonathon D. Hallin
Lukins & Annis, P.S.
601 E. Front Avenue      ect
Suite 303
Coeur d'Alene, ID 83814-5186

Kabota Tractor
PO Box 2046
Grapevine, TX 76099-2046

Lake City Law Group
c/o Jerry Catt, Jr.    ect
435 W. Hanley Ave., Ste. 101
Coeur d Alene, ID 83815-6050

Mark Kabureck, Jr.
c/o Valiant Law
924 E Sherman Avenue
Coeur d Alene, ID 83814-4151

NACM Commercial Services
606 N Pines Road
Suite 102
Spokane, WA 99206-6711

Norco
PO Box 35144
Seattle, WA 98124-5144

Numerica
P.O. Box 4000
Veradale, WA 99037-4000

Numerica Credit Union
PO Box 4000    DUP
Spokane Valley, WA 99037-4000

Phillabaum, Ledlin, Matthews
Benjamin Phillabaum
1235 N. Post, Suite 100
Spokane, WA 99201-2529

SBA
2 North 20th Street
Suite 320
Birmingham, AL 35203-4002

Shawn McMahon
PO Box 338
Hayden, ID 83835-0338

Smith and Malek
601 E Front Avenue
Suite 304
Coeur D Alene, ID 83814-5186

The Man Spot, LLC
c/o Jonathon D. Hallin, Lukins & Annis,
601 E. Front Avenue
Suite 303
Coeur d'Alene, ID 83814-5186

US Trustee
Washington Group Central Plaza
720 Park Blvd, Ste 220
Boise, ID 83712-7785

Vaughn NeVille
c/o Lukins & Annis, P.S.
601 E. Front Ave., Ste. 303
Coeur d'Alene, Idaho 83814-5186

Vaughn Neville
c/o Valiant Law
924 Sherman Avenue
Coeur d'Alene, ID 83814-4151

Weibert Enterprises
22730 N Massif Road
Rathdrum, ID 83858-2206

William Bill Somers
c/o Mihara Law PLLC
923 N. Third Street
Coeur d'Alene, ID 83814-3107

William Somers
c/o Mihara Law
923 N Third Street
Coeur D Alene, ID 83814-3107

c/o Sheila R. Schwager
Hawley Troxell Ennis & Hawley LLP
P.O. Box 1617
Boise, ID 83701-1617

Bruce A. Anderson
320 East Neider Avenue
Suite 102
Coeur d'Alene, ID 83815-6007

Jerry Catt Jr
1909 N. Leopard Drive
Dixon, IL 61021-9100

Kevin O'Rourke
960 Paulsen Ctr/Bldg
421 W Riverside Ave
Spokane, WA 99201-0405

Mark Kabureck, Jr.
c/o Valiant Law
924 Sherman Ave.
Coeur d'Alene, ID 83814-4151

Vaughn NeVille
Lukins & Annis, P.S.
601 E. Front Ave.
Suite 303
Coeur d'Alene, ID 83814-5186

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Elsaesser Anderson Chtd.

(u)William Bill Somers

End of Label Matrix
Mailable recipients    43
Bypassed recipients     2
Total                  45